| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2014 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Sanchez, Juan R. | 2. Court or Organization District Court - E.D. PA | 3. Date of Report 05/15/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) District Judge - Active | 5a. Report Type (check appropriate type) ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2014 to 12/31/2014 |

**7. Chambers or Office Address**

United States District Court
601 Market Street, Room 5613
Philadelphia, PA 19106

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board of Consultors (Trustees) | Villanova University Law School |
| 2. | Board of Directors | Marshall-Brennan Constitutional Literacy Project; American Washington School of Law |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2004 | PA State Employees Reitrement System, no control |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sanchez, Juan R. | 05/15/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2014 | Villanova University Law School, salary | $2,720.00 |
| 2. | 2014 | Temple University Beasley School of Law, salary | $13,196.00 |
| 3. | 2014 | PA State Employees Retirement Systems | $11,034.00 |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | New York Intellectual Property Law Association | March 28-29 | New York, NY | Judicial Conference | Meals, Hotel, Transportation & Conference |
| 2. | American Washington School of Law Marshall-Brennan Project | April 5-6 | Washington, DC | Marshall-Brennan Moot Court Competition | Hotel |
| 3. | Judicial Education Seminar - Stanford Law School | August 14-16 | Stanford. CA | Judicial Seminar | Meals, Hotel & Transportation |
| 4. | Judicial Seminar at Vanderbilt Law School | October 14-16 | Nashville, TN | Judicial Seminar | Meals, Hotel & Transportation |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sanchez, Juan R. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA #1 | C | Dividend | K | T | | | | | |
| 2. -Fidelity Contrafund | | | | | | | | | |
| 3. -Sentinel Small Co | | | | | | | | | |
| 4. -Fidelity Cash Reserves | | | | | | | | | |
| 5. IRA #2 | D | Dividend | M | T | | | | | |
| 6. - IShares China Large Cap ETF | | | | | | | | | |
| 7. - IShares TR Cohen & Steers Realty Majors | | | | | | | | | |
| 8. -Fidelity Contrafund | | | | | | | | | |
| 9. -Franklin Mid Cap Value Fund | | | | | | | | | |
| 10. -Keeley Small Cap Value Fund | | | | | Buy | 08/15/14 | J | | |
| 11. -Loomis Sayles Bond Instl | | | | | Buy (add'l) | 08/15/14 | J | | |
| 12. -Fidelity Cash Reserves | | | | | | | | | |
| 13. Integrated Health and Wellness Profit Sharing Plan (Y) | | | | | | | | | |
| 14. -Opp Main St Small Cap Fd | | | | | Closed | 07/29/14 | J | | |
| 15. -Growth Fund of America | | | | | Closed | 07/29/14 | J | | |
| 16. -New Perspective Fund | | | | | Closed | 07/29/14 | J | | |
| 17. Rental of Appt. at Residence-($73,308) West Chester, PA | B | Rent | L | R | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sanchez, Juan R. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Brokerage Account #1 (H) | D | Dividend | M | T | | | | | |
| 19. -American Growth Fund of America | | | | | Buy | 07/31/14 | J | | |
| 20. -American Investment Company of America | | | | | Buy | 07/31/14 | K | | |
| 21. -Keeley Small Cap Value Fund | | | | | Buy | 07/31/14 | J | | |
| 22. -Ishares Select Dividend ETF | | | | | Buy | 07/18/14 | K | | |
| 23. -Loomis Sayles Bond Instl | | | | | Buy | 07/18/14 | K | | |
| 24. -Nuveen PA Invt Qlty Mun Fd | | | | | Buy | 07/18/14 | J | | |
| 25. -Vanguard PA Long-Term Tax Ex Inv | | | | | Buy | 07/18/14 | J | | |
| 26. -Fidelity Investments Core cash account | | | | | Open | 07/16/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sanchez, Juan R. | 05/15/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, item 17. An appartment at the residence was improved and is now being rented. The cost was allocated from the original purchase price of the home June 4, 2007 and improvements to the appartment (additional improvements in 2014, $4,200 added to cost basis).

Part VII item 13 through 16. Employer retirement account was closed and the amounts were rolled over into IRA #2

Part VII item 18. Life Insurance received and back pay award (back pay in wages from Government) were used to start this Brokerage account

| Name of Person Reporting | Date of Report |
|---|---|
| Sanchez, Juan R. | 05/15/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Juan R. Sanchez**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544